No. 11,874.

## BOSWORTH *v.* THE WAYNE PIKE COMPANY.

APPEAL.—*Supreme Court.*—*Action Originating Before Justice of Peace.*—
*Amount in Controversy.*—Under section 632, R. S. 1881, no appeal will lie
to the Supreme Court from any judgment of a circuit or superior court,
in any action originating before a justice of the peace or mayor of a
city, where the amount in controversy, exclusive of interest and costs,
does not exceed fifty dollars, unless such action is one involving the
validity of a town or city ordinance.

From the Jay Circuit Court.

*J. R. Perdiew, O. H. Adair* and *T. Bosworth,* for appellant.
*D. T. Taylor, J. M. Smith, J. W. Headington* and *J. J. M.
LaFollette,* for appellee.

HOWK, J.—The appellee commenced this suit before a jus-
tice of the peace of Jay county, by filing its complaint in
thirty-six paragraphs against the appellant, Bosworth. In each
of these paragraphs the appellee sought to recover of the ap-
pellant the statutory penalty imposed in and by section 3644,
R. S. 1881, for the use of its road by him without paying his
legal toll, and with intent to defraud the appellee. The trial
of the cause before the justice resulted in a finding and judg-
ment for the appellee, from which judgment Bosworth ap-
pealed to the circuit court of the county. There the cause
was tried by the court, and, at the request of the parties, the
court made a special finding of the facts, and thereon stated,
as its conclusion of law, that the appellee ought to recover of
the appellant ten several penalties, of $3 each, amounting in
the aggregate to the sum of $30, and rendered judgment ac-
cordingly. From this judgment Bosworth has appealed to
this court, and has here assigned as error that the trial court
erred in its conclusion of law.

The appellee, however, has interposed its written motion
to dismiss this appeal, for the following reason : " This cause
having been commenced before a justice of the peace, and the
amount in controversy, exclusive of interest and costs, being

only $30, this court has no jurisdiction to hear, try or determine the cause."

For the reason given appellee's motion must be sustained, and this appeal must be dismissed. Under the provisions of section 632, R. S. 1881, no appeal will lie to the Supreme Court from any judgment of a circuit court or superior court, in any action originating before a justice of the peace or mayor of a city " where the amount in controversy, exclusive of interest and costs, does not exceed fifty dollars;" unless such action is one " involving the validity of an ordinance passed by an incorporated town or city." It is manifest from what we have said in relation to appellee's complaint that this action does not involve the validity of any ordinance passed by any incorporated town or city. It originated, as we have seen, before a justice of the peace, and, as the appellee is content with the judgment for $30 it recovered in the circuit court, it is clear that the amount in controversy, exclusive of interest and costs, does not exceed $50. It follows that this appeal is not authorized by the statute. *Painter* v. *Guirl*, 71 Ind. 240; *Wagner* v. *Kastner*, 79 Ind. 162; *Louisville, etc., R. W. Co.* v. *Coyle*, 85 Ind. 516; *Winship* v. *Block*, 96 Ind. 446.

This appeal is dismissed, at appellant's costs.

Filed March 31, 1885.